# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand and thirteen.

Before:  RICHARD C. WESLEY,
         PETER W. HALL,
              *Circuit Judges*,
         RICHARD W. GOLDBERG,*
              *Judge.*

_____

Bobby Irizarry, Ruben Mora, Joselito Arocho, Joseph Crema,
Alfred Croker, Frank DeLeon, Mario DiPreta, William Helwig, Robert Misuraca,
Robert Pastorino, Victor Phelps, Daniel Salegna, Gilberto Santiago,

    Plaintiffs - Appellees,

**JUDGMENT**
Docket No. 11-4035

Carlos Torres, on behalf of himself and all others similarly situated,
Lewis Chewning,

    Plaintiffs - Counter-Defendants - Appellees,

Raymond Allen, Llanos Blas, Nabil Elfiky, Mohammed DaBash,
Carlos Martinez, Luis Morales, Steve Grossman, Franklyn Collado, David Adler,
Dino A. Zaino, Patrick Labella, Robert Mastronicola, Anthony Brooks,
Victor Bennett, Candido Morel, Jose Martinez, Wayne Hendricks, Harold Horn,
Troy Miller, Ousmane Diatta, Elliot Stone, Tina Rodriguez, Gabriel Karamanian,
Brian Homola, Anna Garrett, Nelson Betancourt, Jose DelaCruz, Yuri Lamarche,
Michael Groseclose, Rodolfo Delemos, Pio Morel, Abigail Claudio, Malick Diouf,
David Otto, Alejandro Morales, Victor Diaz, Paul Petrosino, Eduardo Gonzalez, Jr.,
Jose Bonilla - Reyes,   Vincent Perez, Martin Gonzalez, Calvin Adams, William Fritz,
Katherine Halpern, Christian Tejada, Edward Stokes, Plinio Medina, Towana Starks,
Lawson Hopkins, Ruben M. Aleman, Eugene Rybacki, Earl Cross, Manolo Hiraldo,
Robert Hairston,

    Plaintiffs,
    v.

John Catsimatidis,

    Defendant - Appellant,

Gristede's Operating Corp., Gristede's Foods NY, Inc., Namdor, Inc., Gristede's Foods, Inc.,
City Produce Operating Corp.,

    Defendants - Counter-Claimants,

Gallo Balseca, James Monos,

    Defendants.

_____

_____
    * The Honorable Richard W. Goldberg, of the United States Court of International Trade, sitting by designation.

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part, VACATED in part, and the case is REMANDED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature and seal: Catherine O'Hagan Wolfe, Second Circuit, Court of Appeals]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature and seal]*